**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00161-CV

### IN RE DESOTO SURGICARE PARTNERS, LTD., SUCCESSOR-IN-INTEREST TO BAYLOR SURGICARE AT DUNCANVILLE, LLC; TEXAS HEALTH VENTURES GROUP, LLC; AND UNITED SURGICAL PARTNERS INTERNATIONAL, INC., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02334-L**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
             JUSTICE